**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RHIAN SUGDEN, ROSIE ROFF and
TARA LEIGH PATRICK,

      Plaintiffs,

v.                                                                         Case No:    6:23-cv-1262-RBD-LHP

CLEAR BLUE SPECIALITY
INSURANCE COMPANY and JAMES
RIVER INSURANCE COMPANY,

      Defendants

---

**ORDER TO STRIKE**

This cause comes before the Court on the filing of Plaintiff's Rule 26(a)(1) Initial Disclosures.  Doc. No. 29.   On review, the filing (Doc. No. 29) is **ORDERED stricken**.  *See* Fed. R. Civ. P. 5(d)(1)(A).

**DONE** and **ORDERED** in Orlando, Florida on August 31, 2023.

*[Signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties